UNITED STATES of America,
Plaintiff–Appellee,

v.

Carlos Jonathan Quijij FRANCO,
Defendant–Appellant.

No. 15–12812
Non–Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 10/27/2016

Michelle Thresher Taylor, Arthur Lee Bentley, III, Christopher Francis Murray, U.S. Attorney's Office, Tampa, FL.

Carlos Jonathan Quijij Franco, San Diego, CA.

Before TJOFLAT, HULL and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Jeffrey G. Brown, appointed counsel for Carlos Franco in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of Franco's appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Franco's convictions and sentences are **AFFIRMED**.